IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAWRENCE HILL                                                                                          PLAINTIFF

V.                                           3:14CV00003-JJV

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 26th day of August, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1